RECEIVED

OCT 0 9 2025

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 3:25-cr-070 |
| v. | INDICTMENT |
| JACK JAMES ERSELIUS, | T. 18 U.S.C. § 2 |
| Defendant. | T. 18 U.S.C. § 2252A(a)(2) |
| | T. 18 U.S.C. § 2252A(a)(5)(B) |
| | T. 18 U.S.C. § 2252A(b)(1) |
| | T. 18 U.S.C. § 2252A(b)(2) |
| | T. 18 U.S.C. § 2253 |
| | T. 18 U.S.C. § 2261A(2)(A) |
| | T. 18 U.S.C. § 2261A(2)(B) |
| | T. 18 U.S.C. § 2261(b) |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (Receipt of Child Pornography)

On or about January 8, 2025, in the Southern District of Iowa, the defendant, JACK JAMES ERSELIUS, knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8)—namely: digital computer files on online Discord accounts—that had been, using any means and facility of interstate and foreign commerce, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2252A(a)(2) and 2252A(b)(1).

1

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 2**</u>
**(Possession of Child Pornography)**

On or about January 21, 2025, in the Southern District of Iowa, the defendant, JACK JAMES ERSELIUS, knowingly possessed material—namely: digital computer files on online Discord accounts, an Apple iPhone 15 Pro Max, and an Apple MacBook Model A2681 Max—that contained images of child pornography as defined in Title 18, United States Code, Section 2256(8), such images having been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 3**</u>
**(Cyber Stalking)**

On or about December 28, 2024, and continuing to on or about January 6, 2025, in the Southern District of Iowa, the defendant, JACK JAMES ERSELIUS, with the intent to injure, harass,  intimidate, and place under surveillance with intent to injure, harass, and intimidate another person, Victim 1, did use an electronic communication service, an electronic communications system of interstate commerce, and a facility of interstate and foreign commerce, to engage in a course of conduct that placed Victim 1 in reasonable fear of serious bodily injury and caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Victim 1.

This is a violation of Title 18, United States Code, Sections 2, 2261A(2)(A), 2261A(2)(B), and 2261(b).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 4**</u>
**(Cyber Stalking)**

On or about November 7, 2024, and continuing to on or about December 19, 2024, in the Southern District of Iowa, the defendant, JACK JAMES ERSELIUS, with the intent to injure, harass, intimidate, and place under surveillance with intent to injure, harass, and intimidate another person, Victim 2, did use an electronic communication service, an electronic communications system of interstate commerce, and a facility of interstate and foreign commerce, to engage in a course of conduct that placed Victim 2 in reasonable fear of serious bodily injury and caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Victim 2.

This is a violation of Title 18, United States Code, Sections 2, 2261A(2)(A), 2261A(2)(B), and 2261(b).

4

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 5
### (Cyber Stalking)

On or about December 28, 2024, and continuing to on or about January 8, 2025, in the Southern District of Iowa, the defendant, JACK JAMES ERSELIUS, with the intent to injure, harass, intimidate, and place under surveillance with intent to injure, harass, and intimidate another person, Victim 3, did use an electronic communication service, an electronic communications system of interstate commerce, and a facility of interstate and foreign commerce, to engage in a course of conduct that placed Victim 3 in reasonable fear of serious bodily injury and caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Victim 3.

This is a violation of Title 18, United States Code, Sections 2, 2261A(2)(A), 2261A(2)(B), and 2261(b).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 6**</u>
**(Cyber Stalking)**

On or about October 31, 2024, and continuing to on or about January 11, 2025, in the Southern District of Iowa, the defendant, JACK JAMES ERSELIUS, with the intent to injure, harass, intimidate, and place under surveillance with intent to injure, harass, and intimidate another person, Victim 4, did use an electronic communication service, an electronic communications system of interstate commerce, and a facility of interstate and foreign commerce, to engage in a course of conduct that placed Victim 4 in reasonable fear of serious bodily injury and caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Victim 4.

This is a violation of Title 18, United States Code, Sections 2, 2261A(2)(A), 2261A(2)(B), and 2261(b).

6

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 7**</u>
**(Cyber Stalking)**

On or about December 28, 2024, and continuing to on or about January 1, 2025, in the Southern District of Iowa, the defendant, JACK JAMES ERSELIUS, with the intent to injure, harass, intimidate, and place under surveillance with intent to injure, harass, and intimidate another person, Victim 5, did use an electronic communication service, an electronic communications system of interstate commerce, and a facility of interstate and foreign commerce, to engage in a course of conduct that placed Victim 5 in reasonable fear of serious bodily injury and caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Victim 5.

This is a violation of Title 18, United States Code, Sections 2, 2261A(2)(A), 2261A(2)(B), and 2261(b).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 8
### (Cyber Stalking)

On or about December 28, 2024, and continuing to on or about January 1, 2025, in the Southern District of Iowa, the defendant, JACK JAMES ERSELIUS, with the intent to injure, harass, intimidate, and place under surveillance with intent to injure, harass, and intimidate another person, Victim 6, did use an electronic communication service, an electronic communications system of interstate commerce, and a facility of interstate and foreign commerce, to engage in a course of conduct that placed Victim 6 in reasonable fear of serious bodily injury and caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Victim 6.

This is a violation of Title 18, United States Code, Sections 2, 2261A(2)(A), 2261A(2)(B), and 2261(b).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 9
### (Cyber Stalking)

On or about December 28, 2024, and continuing to on or about January 1, 2025, in the Southern District of Iowa, the defendant, JACK JAMES ERSELIUS, with the intent to injure, harass, intimidate, and place under surveillance with intent to injure, harass, and intimidate another person, Victim 7, did use an electronic communication service, an electronic communications system of interstate commerce, and a facility of interstate and foreign commerce, to engage in a course of conduct that placed Victim 7 in reasonable fear of serious bodily injury and caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Victim 7.

This is a violation of Title 18, United States Code, Sections 2, 2261A(2)(A), 2261A(2)(B), and 2261(b).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 10
### (Cyber Stalking)

On or about December 28, 2024, and continuing to on or about January 1, 2025, in the Southern District of Iowa, the defendant, JACK JAMES ERSELIUS, with the intent to injure, harass, intimidate, and place under surveillance with intent to injure, harass, and intimidate another person, Victim 8, did use an electronic communication service, an electronic communications system of interstate commerce, and a facility of interstate and foreign commerce, to engage in a course of conduct that placed Victim 8 in reasonable fear of serious bodily injury and caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Victim 8.

This is a violation of Title 18, United States Code, Sections 2, 2261A(2)(A), 2261A(2)(B), and 2261(b).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 11</u>
**(Cyber Stalking)**

On or about December 28, 2024, and continuing to on or about January 1, 2025, in the Southern District of Iowa, the defendant, JACK JAMES ERSELIUS, with the intent to injure, harass, intimidate, and place under surveillance with intent to injure, harass, and intimidate another person, Victim 9, did use an electronic communication service, an electronic communications system of interstate commerce, and a facility of interstate and foreign commerce, to engage in a course of conduct that placed Victim 9 in reasonable fear of serious bodily injury and caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Victim 9.

This is a violation of Title 18, United States Code, Sections 2, 2261A(2)(A), 2261A(2)(B), and 2261(b).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 12
### (Cyber Stalking)

On or about December 28, 2024, and continuing to on or about January 1, 2025, in the Southern District of Iowa, the defendant, JACK JAMES ERSELIUS, with the intent to injure, harass, intimidate, and place under surveillance with intent to injure, harass, and intimidate another person, Victim 10, did use an electronic communication service, an electronic communications system of interstate commerce, and a facility of interstate and foreign commerce, to engage in a course of conduct that placed Victim 10 in reasonable fear of serious bodily injury and caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Victim 10.

This is a violation of Title 18, United States Code, Sections 2, 2261A(2)(A), 2261A(2)(B), and 2261(b).

**THE GRAND JURY FURTHER CHARGES:**

## <u>COUNT 13</u>
**(Cyber Stalking)**

On or about December 28, 2024, and continuing to on or about January 1, 2025, in the Southern District of Iowa, the defendant, JACK JAMES ERSELIUS, with the intent to injure, harass, intimidate, and place under surveillance with intent to injure, harass, and intimidate another person, Victim 11, did use an electronic communication service, an electronic communications system of interstate commerce, and a facility of interstate and foreign commerce, to engage in a course of conduct that placed Victim 11 in reasonable fear of serious bodily injury and caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Victim 11.

This is a violation of Title 18, United States Code, Sections 2, 2261A(2)(A), 2261A(2)(B), and 2261(b).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 14
**(Cyber Stalking)**

On or about October 31, 2024, and continuing to on or about January 11, 2025, in the Southern District of Iowa, the defendant, JACK JAMES ERSELIUS, with the intent to injure, harass, intimidate, and place under surveillance with intent to injure, harass, and intimidate another person, Victim 12, did use an electronic communication service, an electronic communications system of interstate commerce, and a facility of interstate and foreign commerce, to engage in a course of conduct that placed Victim 12 in reasonable fear of serious bodily injury and caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Victim 12.

This is a violation of Title 18, United States Code, Sections 2, 2261A(2)(A), 2261A(2)(B), and 2261(b).

**THE GRAND JURY FURTHER CHARGES:**

## <u>COUNT 15</u>
### (Cyber Stalking)

On or about December 28, 2024, and continuing to on or about January 1, 2025, in the Southern District of Iowa, the defendant, JACK JAMES ERSELIUS, with the intent to injure, harass, intimidate, and place under surveillance with intent to injure, harass, and intimidate another person, Victim 13, did use an electronic communication service, an electronic communications system of interstate commerce, and a facility of interstate and foreign commerce, to engage in a course of conduct that placed Victim 13 in reasonable fear of serious bodily injury and caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Victim 13.

This is a violation of Title 18, United States Code, Sections 2, 2261A(2)(A), 2261A(2)(B), and 2261(b).

THE GRAND JURY FINDS:

## NOTICE OF FORFEITURE

Upon conviction for the offenses alleged in Counts 1 and/or 2 of this Indictment, the defendant, JACK JAMES ERSELIUS, shall forfeit to the United States the defendant's interest in the following property:

a.  Any and all visual depictions of minors engaging in sexually explicit conduct, including any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110.

b.  Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, including but not limited to an Apple iPhone 15 Pro Max and an Apple MacBook Model A2681 Max.

This is pursuant to Title 18, United States Code, Section 2253.

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Kaitlyn R. Macaulay
Assistant United States Attorney

16