Redacted examples of the 1,278 times the word "rape" was stated by Defendant in Defendant's Discord accounts:

| | |
|---|---|
| 10/14/2023 | fuckkkk wanna come to IA and rape her? |
| 10/17/2023 | i love the thought of girls i know being raped |
| 10/17/2023 | rape two whores at the same house |
| 10/17/2023 | rapeable young whore who needs a massive dick like mine |
| 10/17/2023 | wanna come to iowa and rape some teen fuckdolls? |
| 10/20/2023 | someone to rape my teens irl |
| 10/20/2023 | kidnap and rape them in ur basement repeatedly |
| 10/23/2023 | mmmmmm wanna rape some teens whores in Iowa?? |
| 10/23/2023 | come rape her in Iowa |
| 10/24/2023 | mmmmm [Victim 4] needs raped HARD |
| 10/24/2023 | I wanna rape her in the school bathroom |
| 10/26/2023 | fuckkkk might need to ACTUALLY get her raped |
| 10/27/2023 | would u rape [Victim 6]? |
| 10/31/2023 | [Victim 3] is the most RAPEABLE whore |
| 10/31/2023 | mmmmm how much would you pay to see her BBC gangraped? |
| 11/02/2023 | Fuckkkkk wanna help me plan to rape her? |
| 11/03/2023 | might have to rape [Victim 8] irl |
| 11/04/2023 | Nope real rape |
| 11/05/2023 | I wanna get them raped IRL, I'm serious |
| 11/06/2023 | Mmmmm some mom told me I'm the reason teens get raped |
| 11/06/2023 | Mmmmm I just want [Victim 16] raped |
| 11/06/2023 | Any ideas on how I can get [Victim 6] raped for real? |
| 11/07/2023 | Mmmmmmm think she'll get raped the more I expose her? |
| 11/07/2023 | How realistic is it that [Victim 6] gets raped? |
| 11/09/2023 | Come rape little [Victim 4] |
| 11/11/2023 | Mmmmmm I am getting pedophiles to break into houses and rape teens |
| 11/13/2023 | What do you think mommy? Should [Victim 17] get raped? |
| 11/22/2023 | I want this 15 YO named [Victim 16] raped most |
| 11/30/2023 | Instead of rape, want to come stalk? I will help you through ti all |
| 12/14/2023 | i like exposing my teens personal information to pedophiles so that they can rape them |
| 12/14/2023 | im serious about you coming to RAPE them |
| 10/29/2024 | Wanna rape some college bitches? |
| 10/29/2024 | Do you want to come to Iowa and rape [Victim 10]? |
| 10/30/2024 | Looking for some little college and teen rapetoys? |
| 10/30/2024 | Wanna come to Iowa and rape [Victim 4]? |
| 10/31/2024 | And do you plan to rape her? |
| 11/03/2024 | You wanna rape a freshman at ISU? |
| 11/05/2024 | Mmmm that's probably enough info to rape her |
| 11/07/2024 | Rape her senseless |
| 12/11/2024 | I can help you find and rape then if your BBC wants to |
| 12/30/2024 | Wanna rape girls in Ames? |

GOVERNMENT SENTENCING EXHIBIT

2

PENGAD 800-631-6989