Redacted examples of the 101 times the word "pedophile" was stated by Defendant in Defendant's Discord accounts:

| | |
|---|---|
| 11/11/2023 | Mmmmmm I am getting pedophiles to break into houses and rape teens |
| 11/13/2023 | And I give it to every pedophile on here sop they get ruined and exposed |
| 11/14/2023 | I wanna send her address to pedophiles |
| 11/14/2023 | I need to find pedophiles to give it to tho |
| 11/22/2023 | I am going to get some pedophile to do it |
| 11/22/2023 | i love DOXXING tight teens info to pedophiles |
| | |
| 11/24/2023 | need pedophiles near iowa |
| 11/24/2023 | im going to give it to pedophiles and they'll go rape her |
| 11/24/2023 | know any pedophiles on here? |
| 11/24/2023 | need pedophiles near iowa |
| 11/25/2023 | I want their lives ruined by pedophiles |
| 11/27/2023 | She lives in [Redacted City], IA   How many pedophiles should I send this pic to? |
| 11/27/2023 | I kinda just want the users of pedophiles and to contact them individually |
| 11/28/2023 | Nghhhh [Unknown Victim] posted a pic that is going to make every pedophile want her |
| 11/28/2023 | I need to find pedophilessss |
| 11/28/2023 | Are there any PEDOPHILES in here? Please HMU |
| 11/30/2023 | I want to expose all her info to a pedophile so her life can be ruined at only 15 years old |
| 11/30/2023 | Do you have dark web access or som access to pedophiles? |
| 11/30/2023 | Know any extreme pedophiles on here? |
| 12/13/2023 | hopefully they are actual pedophiles |
| 12/13/2023 | i have ALL their info and want to expose them toas many pedophiles as possible |
| 12/14/2023 | mmmm got any pedophile connections? |
| 12/14/2023 | i like exposing my teens personal information to pedophiles so that they can rape them |
| 12/14/2023 | where can i find pedophiles who would do this |
| 12/19/2023 | A bitch that needs stalked by pedophiles |
| 12/20/2023 | I expose my teens I know IRL online to pedophiles so that they get fucked |

GOVERNMENT SENTENCING EXHIBIT

3

PENGAD 800-631-6989