A redacted portion of a Discord conversation between Defendant (deleted_user_41a1d1733c1d#0) and another Discord user from September 30, 2023, to October 1, 2023:

**deleted_user_4035328d0f2a#0**

↘ Received

9/30/2023 3:15:05.632 PM

Where from Iowa are you

**deleted_user_41a1d1733c1d#0**

↘ Received

9/30/2023 3:15:11.155 PM

poweshiek

**deleted_user_4035328d0f2a#0**

↘ Received

9/30/2023 3:15:28.618 PM

Prolly don't know any of the girls around boji area then

**deleted_user_41a1d1733c1d#0**

↘ Received

9/30/2023 3:15:32.858 PM

no

**deleted_user_4035328d0f2a#0**

↘ Received

9/30/2023 3:15:37.163 PM

Damn

**deleted_user_41a1d1733c1d#0**

↘ Received

9/30/2023 3:15:42.580 PM

i want you to do stuff with mine tho

**deleted_user_41a1d1733c1d#0**

↘ Received

9/30/2023 3:15:43.856 PM

down?

**deleted_user_4035328d0f2a#0**

↘ Received

9/30/2023 3:15:54.594 PM

Deal send them feed me

**deleted_user_41a1d1733c1d#0**

↘ Received

9/30/2023 3:16:05.979 PM

well are you gonna go stalk them>

**deleted_user_41a1d1733c1d#0**

↘ Received

9/30/2023 3:16:07.262 PM

?

GOVERNMENT
SENTENCING EXHIBIT

4

PENGAD 800-631-6989

**deleted_user_4035328d0f2a#0**

On socials bet

↘ Received

9/30/2023 3:16:16.714 PM

**deleted_user_41a1d1733c1d#0**

no no come find them IRL

↘ Received

9/30/2023 3:16:28.363 PM

**deleted_user_41a1d1733c1d#0**

maybe you could get them to fuck

↘ Received

9/30/2023 3:16:33.390 PM

**deleted_user_41a1d1733c1d#0**

i have one about an hour from you

↘ Received

9/30/2023 3:16:38.516 PM

**deleted_user_41a1d1733c1d#0**

shes THICC

↘ Received

9/30/2023 3:16:40.744 PM

**deleted_user_4035328d0f2a#0**

Ohhhh who that

↘ Received

9/30/2023 3:16:46.446 PM

**deleted_user_41a1d1733c1d#0**

[Victim 12]

↘ Received

9/30/2023 3:16:58.094 PM

**deleted_user_4035328d0f2a#0**

Got a pic?

↘ Received

9/30/2023 3:17:10.935 PM

**deleted_user_41a1d1733c1d#0**

yes

↘ Received

9/30/2023 3:17:15.033 PM

**deleted_user_41a1d1733c1d#0**

hold on

↘ Received

9/30/2023 3:17:22.842 PM

**deleted_user_41a1d1733c1d#0**

*No message content to display.*

↘ Received

9/30/2023 3:17:57.142 PM

2

**deleted_user_4035328d0f2a#0**

↘ Received

9/30/2023 3:18:43.476 PM

Damn

**deleted_user_41a1d1733c1d#0**

↘ Received

9/30/2023 3:18:54.478 PM

like?

**deleted_user_4035328d0f2a#0**

↘ Received

9/30/2023 3:19:16.858 PM

Very much

**deleted_user_41a1d1733c1d#0**

↘ Received

9/30/2023 3:19:26.533 PM

wanna go find her?

**deleted_user_4035328d0f2a#0**

↘ Received

9/30/2023 3:19:37.140 PM

Wouldn't be hard look for that ass

**deleted_user_41a1d1733c1d#0**

↘ Received

9/30/2023 3:19:48.329 PM

mmmmm PLEASE go find her

**deleted_user_4035328d0f2a#0**

↘ Received

9/30/2023 3:20:02.346 PM

I wish you knew some girls from around here

**deleted_user_41a1d1733c1d#0**

↘ Received

9/30/2023 3:20:14.663 PM

will you please go see her

**deleted_user_41a1d1733c1d#0**

↘ Received

9/30/2023 3:20:17.414 PM

I AM BEGGING

**deleted_user_4035328d0f2a#0**

↘ Received

9/30/2023 3:20:22.162 PM

I'll look

**deleted_user_41a1d1733c1d#0**

↘ Received

9/30/2023 3:20:25.154 PM

i've spent weeks trying to find someone to do it

3

**deleted_user_41a1d1733c1d#0**

↘ Received

9/30/2023 3:20:45.733 PM

how far is [Redacted city], IA?

**deleted_user_4035328d0f2a#0**

↘ Received

9/30/2023 3:21:16.685 PM

Hmmm

**deleted_user_41a1d1733c1d#0**

↘ Received

9/30/2023 3:21:22.187 PM

please

**deleted_user_41a1d1733c1d#0**

↘ Received

9/30/2023 3:22:39.583 PM

PLEASE

**deleted_user_4035328d0f2a#0**

↘ Received

9/30/2023 3:22:48.356 PM

Omg I want that ass

**deleted_user_41a1d1733c1d#0**

↘ Received

9/30/2023 3:22:58.561 PM

PLEASE GO TO [Redacted city]

**deleted_user_41a1d1733c1d#0**

↘ Received

9/30/2023 3:23:04.390 PM

I have her location at all times

**deleted_user_41a1d1733c1d#0**

↘ Received

9/30/2023 3:23:21.193 PM

please

**deleted_user_4035328d0f2a#0**

↘ Received

9/30/2023 3:23:38.465 PM

No limit huh?

**deleted_user_4035328d0f2a#0**

↘ Received

9/30/2023 3:23:45.324 PM

What you mean by that

**deleted_user_4035328d0f2a#0**

↘ Received

9/30/2023 3:23:56.271 PM

😈

**deleted_user_41a1d1733c1d#0**

↘ Received

9/30/2023 3:23:59.235 PM

what are you nit wanting to do

**deleted_user_41a1d1733c1d#0**

↘ Received

9/30/2023 3:24:29.616 PM

?

**deleted_user_4035328d0f2a#0**

↘ Received

9/30/2023 3:24:36.671 PM

What you mean

**deleted_user_41a1d1733c1d#0**

↘ Received

9/30/2023 3:24:44.805 PM

what wouldn't you do

**deleted_user_4035328d0f2a#0**

↘ Received

9/30/2023 3:25:06.143 PM

Idk face fuck anal eat that ass just fucking pound it out

**deleted_user_41a1d1733c1d#0**

↘ Received

9/30/2023 3:25:18.984 PM

i gotta get going

**deleted_user_41a1d1733c1d#0**

↘ Received

9/30/2023 3:25:27.043 PM

can i give you her current address?

**deleted_user_4035328d0f2a#0**

↘ Received

9/30/2023 3:25:43.287 PM

Damn you going deep with this

**deleted_user_4035328d0f2a#0**

↘ Received

9/30/2023 3:25:53.909 PM

I was just trying to trade some shit lol

**deleted_user_41a1d1733c1d#0**

↘ Received

9/30/2023 3:25:56.074 PM

i'll give her current addy, you do what you want

**deleted_user_41a1d1733c1d#0**

↘ Received

9/30/2023 3:26:42.015 PM

[Redacted address and city], IA

5

**deleted_user_41a1d1733c1d#0**

↘ Received

9/30/2023 3:26:44.192 PM

good luck

**deleted_user_41a1d1733c1d#0**

↘ Received

9/30/2023 3:26:50.796 PM

do what you want. probably don't rape her

**deleted_user_41a1d1733c1d#0**

↘ Received

9/30/2023 3:26:53.055 PM

got it all?

**deleted_user_41a1d1733c1d#0**

↘ Received

9/30/2023 3:27:18.122 PM

???

**deleted_user_41a1d1733c1d#0**

↘ Received

9/30/2023 3:27:35.005 PM

you gonna go or nah?

**deleted_user_41a1d1733c1d#0**

↘ Received

9/30/2023 3:27:46.531 PM

??

**deleted_user_41a1d1733c1d#0**

↘ Received

9/30/2023 3:28:16.408 PM

if you go

**deleted_user_41a1d1733c1d#0**

↘ Received

9/30/2023 3:28:19.406 PM

take LOADS of pics

**deleted_user_4035328d0f2a#0**

↘ Received

9/30/2023 8:49:55.052 PM

I wish you knew some of the girls I do I would love to get some wins from a small list I have

**deleted_user_41a1d1733c1d#0**

↘ Received

9/30/2023 11:59:31.290 PM

didnt go?

**deleted_user_41a1d1733c1d#0**

↘ Received

10/1/2023 8:04:00.254 AM

she moved closer to you